UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLARA CLEMENO,<br><br>  Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>  Defendant. | C.A. No. 05-11322 GAO |

## JOINT MOTION TO EXTEND TIME

The Parties hereby jointly move to extend the time within which Metropolitan Life Insurance Company may Answer or otherwise respond to the Complaint by 20 days, from October 12, 2005 to November 1, 2005. As grounds therefore, the Parties state that they are exploring settlement.

**Plaintiff,**

CLARA CLEMENO

By Her Attorneys,

_/s/ Michael F. Walsh_
Michael F. Walsh
Law Offices of Michael F. Walsh, P.C.
1200 East Street
Westwood, MA 02090
781-251-0100
781-251-2266 (fax)

**Defendant,**

METROPOLITAN LIFE INSURANCE COMPANY,

By Its Attorneys,

_/s/ James J. Ciapciak_
James J. Ciapciak (BBO# 552328)
Ciapciak & Associates, P.C
99 Access Road
Norwood, MA 02062
781-255-7401
781-255-7402 (fax)