# CIAPCIAK
# &
# ASSOCIATES, P. C.

ATTORNEYS AT LAW

99 Access Road
Norwood, MA 02062
Tel (781) 255-7401
Fax (781) 255-7402

BOSTON, MA OFFICE
(617) 951-2727

RHODE ISLAND OFFICE
(401) 996-7401

*[FILED CLERK'S OFFICE 2005 NOV -3 A II: 50 U.S. DISTRICT COURT DISTRICT OF MASS]*

November 1, 2005

Clerk's Office
United States District Court
for the District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    **Clemeno v. MetLife**
            **U.S.D.C. – C. A. No: 05CV11322 GAO**

Dear Sir or Madam:

    I believe that the Plaintiff's name was inadvertently misspelled in the Scheduling Order. We believe, based upon the Complaint, that the spelling of the Plaintiff's name is Clemeno, not Clemens.

                                     Very truly yours,

                                     James J. Ciapciak