UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLARA CLEMENO,

    Plaintiff,

v.

    C.A. No. 05-11322 GAO

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

## JOINT MOTION TO EXTEND TIME

The Parties hereby jointly move to extend the time within which Metropolitan Life Insurance Company may Answer or otherwise respond to the Complaint by 10 days, from November 1, 2005 to November 11, 2005. As grounds therefore, the Parties state that settlement negotiations are ongoing.

| Plaintiff, | Defendant, |
|---|---|
| CLARA CLEMENO | METROPOLITAN LIFE INSURANCE COMPANY, |
| By Her Attorneys, | By Its Attorneys, |
| /s/ Michael F. Walsh Jr. | /s/ James J. Ciapciak |
| Michael F. Walsh | James J. Ciapciak (BBO# 552328) |
| Law Offices of Michael F. Walsh, P.C. | Ciapciak & Associates, P.C |
| 1200 East Street | 99 Access Road |
| Westwood, MA 02090 | Norwood, MA 02062 |
| 781-251-0100 | 781-255-7401 |
| 781-251-2266 (fax) | 781-255-7402 (fax) |