# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Clara Clemeno
      Plaintiff

V.

MetLife Disability
      Defendant

CIVIL ACTION

NO.   05 - 11322 - GAO

## SETTLEMENT ORDER OF DISMISSAL

O'Toole   D. J.

The Court having been advised on **November 4, 2005** that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

**11/10/05**
Date

/s/ **Gina Edge**
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)