**CIAPCIAK
&
ASSOCIATES, P. C.**

ATTORNEYS AT LAW

99 Access Road
Norwood, MA 02062
Tel (781) 255-7401
Fax (781) 255-7402

BOSTON, MA OFFICE
(617) 951-2727

RHODE ISLAND OFFICE
(401) 996-7401

FILED
CLERK'S OFFICE

2005 NOV 14 P 3: 48

U.S. DISTRICT COURT
DISTRICT OF MASS

November 9, 2005

VIA FACSIMILE

Clerk's Office
United States District Court
for the District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA  02210

    Re:    **Clemeno v. MetLife
           U.S.D.C. – C. A. No: 05CV11322 GAO**

Dear Sir or Madam:

Please be advised that the above matter is settled and a Stipulation of Dismissal will be filed under separate cover.

Please issue a 60 day Nisi Order.

Very truly yours,

James J. Ciapciak

JJC:mmg
cc: Michael F. Walsh