UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS – CENTRAL DIVISION

|  |  |
|---|---|
| CLARA CLEMENO,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY & LINCOLN NATIONAL<br>LIFE INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. NO.: 05-11322 GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1), that this matter will be dismissed with prejudice. Each party shall bear their own fees and costs.

**Plaintiff,**
Clara Clemeno

_____
Michael F. Walsh
Law Offices of Micahel F. Walsh
1200 East Street
Westwood, MA 02090
781-251-0100
BBO No.: 550658

**Defendants,**
Metropolitan Life Insurance Company

_____
James J. Ciapciak, Esq.
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401
BBO No.: 552328

Dated: December 18, 2005